# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANIEL FLOYD CATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-00026 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| BRANDON HARBAUGH et al., ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 15), recommending that the Court dismiss this action in accordance with Fed. R. Civ. P. 4(m) and 41(b). Plaintiff has not had any contact with the Court since April 30, 2019, and the Court has not had a valid mailing address for Plaintiff since that time. Service packets sent to Plaintiff were returned to sender; without them Plaintiff is unable to effect service of process as required by Fed. R. Civ. P. 4(m).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 15 at 4). Notice of the report and recommendation was also returned as undeliverable and Plaintiff did not file any objections.

The Court has reviewed the Report and Recommendation (Doc. No. 15) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the above captioned case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE